# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2014

## NO. 03-13-00260-CV

**H.K. Global Trading, Ltd., Appellant**

**v.**

**Susan Combs, Comptroller of Public Accounts of the State of Texas; and Greg Abbott, Attorney General of the State of Texas, Appellees**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on December 21, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.